**MEMO ENDORSED**

# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600   FAX 212 202 3926

WWW.THEHARMANFIRM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-28-12



RECEIVED
JUN 13 2012
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

June 13, 2012

**VIA EMAIL AND U.S. MAIL**

Hon. Andrew L. Carter, Jr.
United States District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 725
New York, NY 10007
alcarternysdchambers@nysd.uscourts.gov

> **Re:** *Robledo v. No. 9 Parfume Leasehold, Inc., et al.*, 12-CV-3579 (ALC)(DCF); Plaintiff's Letter Advising the Court of Its Intent To File A Motion for Approval of Collective Action Notice Under 29 U.S.C. § 216(b) and Requesting A Pre-Motion Conference.

Dear Hon. Judge Carter:

This firm is counsel to Plaintiff Veronica Robledo in the above-captioned action pursuant to the Fair Labor Standards Act (the "FLSA") and the New York State Labor Law. The Plaintiff's complaint is styled, in pertinent part, as a "Class and Collective Action Complaint" by Ms. Robledo individually and on behalf of all other persons similarly situated.

We are writing pursuant to your individual practice rules regarding pre-motion conferences to request a pre-motion conference regarding Plaintiff's anticipated motion for approval of a Collective Action Notice.

Plaintiff Robledo was employed as a retail sales associate at one of the Defendants' retail locations. Throughout her employment, the Plaintiff worked overtime and she and her similarly-situated colleagues were not compensated for the overtime worked. Under the FLSA, employees such as Plaintiff Robledo may bring a Collective Action "[on] behalf . . . of themselves and other employees similarly situated" to recover unpaid overtime wages. 29 U.S.C. § 216(b). In order to participate in a Collective Action, an employee must "opt-in," meaning the employee must consent in writing to join the suit and that consent must be filed with the court.

Hon. Andrew L. Carter, Jr.  Page 2 of 2
United States District Court for the
Southern District of New York
June 13, 2012

      To serve the "broad remedial purpose" of the FLSA, courts can order notice to other potential similarly situated employees of this opportunity to "opt in" to the action. Our anticipated motion will request that the Court order this notice, specifically requesting that the Court:

1. Authorize this case to proceed as a collective action;

2. Order the identification of all retail sales personnel at Defendants' retail sales locations during the covered period;

3. Authorize the issuance of a plain-language notice to be mailed to all potential Opt-In Plaintiffs employed by Defendants within the past three (3) years.

      We look forward to participating in the pre-motion conference with the Court and opposing counsel and thank you for your attention to this matter.

      Very truly yours,

      /s/
      Walker G. Harman, Jr.
      THE HARMAN FIRM, PC

CC:  Hon. Debra Freeman
      United States Magistrate Judge
      Southern District of New York
      (*via facsimile: (212) 805-4258*)

      Dennis Lalli, Esq.
      Bond, Schoeneck & King, PLLC
      330 Madison Ave
      39th Floor
      New York NY 10017
      (*via email: dlalli@bsk.com*)

*[Handwritten:]* The motion for conditional certification is respectfully referred to Judge Freeman. The parties should contact her for an appropriate briefing schedule.

**SO ORDERED:**
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
6-27-12