UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

VERONICA ROBLEDO, Individually And On Behalf Of
All Other Persons Similarly Situated,

        *Plaintiffs*,

  -against-

No. 9 PARFUME LEASEHOLD,
LAURICE & CO. UPTOWN, INC.,
LAURICE WASHINGTON LTD.,
LAURICE & BLEECKER CORP.,
LAURICE SOUTHAMPTON, INC.,
LAURICE MADISON LTD., and
LAURICE RAHME, Individually,

        *Defendants*.
------------------------------------------------------------------------X

**12 Civ. 3579 (ALC)(DCF)**

**PLAINTIFF'S NOTICE OF MOTION TO AMEND THE COMPLAINT**

  **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law and the Affidavit of Peter J. Andrews, sworn to on August 1, 2012, and the exhibits attached thereto, and all the pleadings and proceedings herein, Plaintiff Veronica Robledo, on behalf of herself and all others similarly situated, will move this Court, before the Honorable Debra C. Freeman, United States Magistrate Judge, at the Courthouse located at 500 Pearl Street, Courtroom 17A, New York, NY on the 20th day of September 2012 at 9:30 AM, or as soon thereafter as counsel can be heard for an order pursuant to Fed. R. Civ. P. 15(a) granting Plaintiff leave to file the Amended Complaint.

Dated: New York, New York
   August 1, 2012

              /s/ _____
              Peter J. Andrews [PA-3295]
              THE HARMAN FIRM, PC
              200 West 57th Street, Suite 900
              New York, NY 10019
              Tel.: (212) 425-2600
              Fax: (212) 202-3926
              pandrews@theharmanfirm.com