UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Veronica Robledo, Individually and on behalf of
all other persons similarly situated,

        Plaintiffs,



12 Civ. 3579 (ALC) (DCF)

- against -                             <u>Order</u>

No. 9 Parfume Leasehold, Laurice & Co.
Uptown, Inc., Laurice Washington Ltd.,
Laurice & Bleecker Corp., Laurice
Southhampton, Inc., Laurice Madison Ltd.,
and Laurice Rahme, Individually,

        Defendants.
------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

        Plaintiffs filed a motion to certify class and approval of collection action on August 3, 2012. (ECF No. 14). Plaintiffs then moved to amend the complaint on November 27, 2012. (ECF No. 53). By letter dated March 20, 2013, Plaintiffs requested another amendment.

        The Court now dismisses Plaintiffs' motion to certify class and approval of collection action without prejudice. Plaintiffs may re-file this motion after the operative complaint is filed. The Clerk is requested to close Docket Number 14.

Dated: New York, New York
March 21, 2013

SO ORDERED.

                                                                    Andrew L. Carter, Jr.
                                                                    United States District Judge

1