Walker G. Harman, Jr. [WH-8044]
Peter J. Andrews [PA-3295]
THE HARMAN FIRM, PC
*Attorneys for Plaintiffs*
200 West 57th Street, Suite 900
New York, New York 10019
Tel.: (212) 425-2600
Fax: (212) 202-3926
pandrews@theharmanfirm.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
VERONICA ROBLEDO, Individually And On Behalf Of All Other Persons Similarly Situated,

                    *Plaintiffs*,

      -against-

No. 9 PARFUME LEASEHOLD,
LAURICE & CO. UPTOWN, INC.,
LAURICE WASHINGTON LTD.,
LAURICE & BLEECKER CORP.,
LAURICE SOUTHAMPTON, INC.,
LAURICE MADISON LTD., and
LAURICE RAHME, Individually,

                    *Defendants*.
---------------------------------------------------------------------X

**12 CV 3579 (ALC)(DCF)**

related to

**12 CV 6111 (ALC)(DCF)**

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY OR CONDITIONAL COLLECTIVE ACTION CERTIFICATION (NOTICE TO POTENTIAL COLLECTIVE ACTION MEMBERS)**

      **PLEASE TAKE NOTICE THAT**, upon the annexed Declaration of Walker G. Harman, Jr., dated September 5, 2013, and the exhibits attached thereto, the Affidavit of Veronica Robledo, sworn to on August 2, 2012, and the Supplemental Affidavit of Veronica Robledo, sworn to August 28, 2013, the Memorandum of Law in Support of Plaintiffs' Motion, and upon all prior pleadings and proceedings herein, the Plaintiffs will move this Court, before the Honorable Andrews L. Carter, Jr., United States District Judge, United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order:

(i) Directing Defendants to disclose the names and last known address of all current and former employees who worked as retails sales employees at the Defendants' retail stores in New York State within the statutory time period (*i.e.* three (3) years from the date of dissemination of court-authorized notice);

(ii) Authorize that notice be sent, pursuant to 29 U.S.C. § 216(b), to all similarly situated employees (retail sales employees at Defendants' retail stores in New York State) advising them of their right to join or opt into this action, and assert claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. Plaintiffs propose that the notice be written, in a form approved by the Court, and have attached a proposed notice as *Exhibit A* to the Declaration of Walker G. Harman, Jr.; and

(iii) For such further relief as this Court may deem just and proper.

Dated: New York, New York
September 5, 2013

Respectfully submitted by:
THE HARMAN FIRM, PC
*Counsel for Plaintiffs*

_____ s/ _____
Walker G. Harman, Jr. [WH-8044]
Peter J. Andrews [PA-3295]
200 West 57th Street, Suite 900
New York, New York 10019
(212) 425-2600
wharman@theharmanfirm.com
pandrews@theharmanfirm.com

To: Dennis A. Lalli [DL-0575]
Barbara V. Cusumano [BC-7561]
BOND, SCHOENECK & KING, PLLC
*Counsel for Defendants*
330 Madison Avenue, 39th Floor
New York, New York 10017
(646) 253-2300
dlalli@bsk.com
bcusumano@bsk.com