```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VERONICA ROBLEDO, individually and on behalf of
all other persons similarly situated,

                12 Civ. 3579 (ALC) (DF)

               Plaintiffs,

                **ORDER**

       -against-

NO. 9 PARFUME LEASEHOLD and
LAURICE RAHME, Individually,
               Defendants.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

Defendant having requested an extension of time to submit papers in opposition to Plaintiff's motion for conditional certification of an FLSA class, from October 11, 2013 to October 16, 2013; and Plaintiff having not opposed this request; the request is granted.

Plaintiff's reply, if any, shall be filed no later than October 30, 2013

Dated: New York, New York
       October 11, 2013

                             SO ORDERED

                             _/s/ Debra Freeman_
                             DEBRA FREEMAN
                             United States Magistrate Judge

Copies to:

Hon. Andrew L. Carter Jr., U.S.D.J.

All counsel (via ECF)