NO 9 PARFUME LEASEHOLD INC
9 BOND STREET
NEW YORK NY 10012

0027-AJ55
100 Payroll

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.



STEPHANIE J EHLERT

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Stephanie J Ehlert | | Regular | | | | 100.00 | 4418.99 |
| | | Commission | | | | | 698.97 |
| Soc Sec #: xxx- Employee ID: 69 | | Overtime | 16.00 | 30.0000 | 480.00 | 16.00 | 480.00 |
| Home Department: 100 Payroll | | EARNINGS | 16.00 | | 480.00 | 116.00 | 5597.96 |

| | WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| Pay Period: 05/16/11 to 05/31/11 | | Social Security | | 20.16 | 235.11 |
| Check Date: 05/31/11   Check #: 2669 | | Medicare | | 6.96 | 81.17 |
| NET PAY ALLOCATIONS | | Fed Income Tax | S 2 | 8.42 | 260.48 |
| | | NY Income Tax | S 2 | 4.24 | 107.64 |
| | | NY Disability | | | 6.50 |
| | | NY NYC Inc | S 2 | 3.58 | 72.52 |

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1662.29 |
| Chkg 8695 | 436.64 | 3172.25 |
| NET PAY | 436.64 | 4834.54 |

TOTAL    43.36    763.42

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 436.64 | 4834.54 |

Payrolls by Paychex, Inc.

**0027 0027-AJ55** No 9 Parfume Leasehold Inc • 9 Bond Street • New York NY 10012 • (212) 228-1956

## STEPHANIE EHLERT

### MAY 30, 2011

| | | # OF HRS WORKED | WEEKLY HRS @ PAYCHEX (REG RATE) | EXTRA HRS (REG RATE) |
|---|---|---|---|---|
| 5/16/11 | 8 | | | |
| 5/17/11 | off | | | |
| 5/18/11 | off | | | |
| 5/19/11 | off | | | |
| 5/20/11 | 7 | | | |
| 5/21/11 | 8 | | | |
| 5/22/11 | 5.5 | 29 | -20.5 | 8 |
| 5/23/11 | off | | | |
| 5/24/11 | off | | | |
| 5/25/11 | off | | | |
| 5/26/11 | 8 | | | |
| 5/27/11 | 7 | | | |
| 5/28/11 | 8 | | | |
| 29-May | 5.5 | 29 | -20.5 | 8 |
| | | | Total Hours-> | 16 |

ANNUAL SALARY: $ 21,320.00

BASED ON:     $ 20.00 PER HR  x 20.5-HRS PER WEEK     $     410.00
              MULTIPLIED BY 52-WEEKS                            52
                                                     $ 21,320.00

# EXHIBIT J

LAURICE & CO UPTOWN INC
9 BOND ST
NEW YORK NY 10012

0027-AK06
of Sales

12/15/2010    5289

DATE        CHECK NO.



PAY TO THE
ORDER OF          DIANA M ROMANO LUDWIG

Total Net Direct Deposit(s)
**$1629.99**

AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Diana M Romano Ludwig

Soc Sec #: xxx          Employee ID: 10
Home Department: 100 Sales

Pay Period: 12/01/10 to 12/15/10
Check Date: 12/15/10    Check #: 5289

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5865 | 1529.99 | 39777.76 |
| Savg 4727 | 100.00 | 3873.88 |
| **NET PAY** | **1629.99** | **43651.64** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD |
|---|---|---|---|---|---|---|
| | Regular | | | 2437.50 | 15.00 | 54890.0 |
| | Commission | | | | | 5862.0 |
| | Retro Pay | | | | | 80.0 |
| | Overtime | | | | 32.25 | 1466.2 |
| | **EARNINGS** | | | 2437.50 | 47.25 | 62298.2 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD |
|---|---|---|---|---|
| | Social Security | | 151.13 | 3862.5 |
| | Medicare | | 35.34 | 903.3 |
| | Fed Income Tax | S 0 | 412.24 | 9006.0 |
| | NY Income Tax | S 0 | 130.52 | 3033.6 |
| | NY Disability | | 1.30 | 29.9 |
| | NY NYC Inc | S 0 | 76.98 | 1811.2 |
| | **TOTAL** | | 807.51 | 18646.6 |

| | | THIS PERIOD ($) | YTD |
|---|---|---|---|
| **NET PAY** | | 1629.99 | 43651. |

**DIANA ROMANO**                    **DEC 15, 201 PAY PERIOD**

| | |
|---|---|
| ANNUAL SALARY = 52-WEEKS | $ 58,500.00 |
| DIVIDE BY 24 PAY PERIOD | 24 |
| SUB-TOTAL SALARY FOR THIS PAY PERIOD | $    2,437.50 |

ANNUAL SALARY CALCULATIONS:  BASED ON $ 30.00 PER HR X 37.5-HRS PER WEEK x 52-WKS=         $   58,500

LAURICE & CO-UPTOWN INC
9 BOND ST
NEW YORK NY 10012

0027-AK06
Of Sale

12/15/2010

DATE

5290

CHECK NO.



PAY TO THE
ORDER OF

DIANA M ROMANO LUDWIG

Total Net Direct Deposit(s)
**$317.20**

AMOUNT

VOID THIS IS NOT A CHECK ............................................... DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGL

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Diana M Romano Ludwig

Soc Sec #: xxx          Employee ID: 10
Home Department: 100 Sales

Pay Period: 12/01/10 to 12/15/10
Check Date: 12/15/10    Check #: 5290

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5865 | 217.20 | 39994.96 |
| Savg 4727 | 100.00 | 3973.88 |
| **NET PAY** | **317.20** | **43968.84** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD |
|---|---|---|---|---|---|---|
| | Regular | 2.50 | 32.5000 | 81.25 | 17.50 | 54971. |
| | Commission | | | | | 5862. |
| | Retro Pay | | | | | 80. |
| | Overtime | 5.75 | 48.7500 | 280.31 | 38.00 | 1746. |
| | **EARNINGS** | 8.25 | | 361.56 | 55.50 | 62659. |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD |
|---|---|---|---|---|
| | Social Security | | 22.42 | 3884. |
| | Medicare | | 5.24 | 908. |
| | Fed Income Tax | S 0 | 10.95 | 9016. |
| | NY Income Tax | S 0 | 2.84 | 3036. |
| | NY Disability | | | 29. |
| | NY NYC Inc | S 0 | 2.91 | 1814 |
| | **TOTAL** | | 44.36 | 18691. |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 317.20 | 43968. |

Payrolls by Paychex, Inc.

0027 0027-AK06  Laurice & Co Uptown Inc • 9 Bond St • New York NY 10012

## DIANA ROMANO                    DEC 15, 2010 PAY PERIOD

| | TOT.HRS | WEEKLY HRS @ PAYCHEX REG RATE | EXTRA HRS AT REG RATE | OVERTIME HRS AT TIME & A HALF |
|---|---|---|---|---|
| DEC 6, 2010 | 8 | | | |
| DEC 7, 2010 | 8 | | | |
| DEC 8, 2010 | 8 | | | |
| DEC 9, 2010 | off | | | |
| DEC 10, 2010 | 8 | | | |
| DEC 11, 2010 | 7 | | | |
| DEC 12, 2010 | 6.75 | 45.75 | 37.5 | 2.5 | 5.75 |

# EXHIBIT K

LAURICE & CO UPTOWN INC                    0027-AK06
9 BOND ST                                  100 Sales
NEW YORK NY 10012-2311

Payrolls by Paychex, Inc
Payrolls by Paychex, Inc.

MARK VINCENT MALDONADO SR



VOID

VOID

## PERSONAL AND CHECK INFORMATION
Mark Vincent Maldonado Sr.

Soc Sec #: xx    Employee ID: 17
Home Department: 100 Sales

**Pay Period:** 02/01/12 **to** 02/15/12
**Check Date:** 02/15/12    **Check #:** 5397

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3625 | 2041.04 | 3324.57 |
| **NET PAY** | **2041.04** | **3324.57** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 2.50 | 28.0000 | 70.00 | 55.50 | 1554.00 |
| | Salary | M84.00 | | 2275.00 | M84.00 | 2275.00 |
| | Overtime | 5.00 | 42.0000 | 210.00 | 5.00 | 210.00 |
| | **EARNINGS** | 91.50 | | 2555.00 | 144.50 | 4039.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 107.31 | 169.64 |
| | Medicare | | 37.05 | 58.57 |
| | Fed Income Tax | M 5 | 177.62 | 213.10 |
| | NY Income Tax | M 5 | 118.06 | 167.04 |
| | NY Disability | | 1.30 | 2.60 |
| | NY NYC Inc | M 5 | 72.62 | 103.48 |
| | **TOTAL** | | **513.96** | **714.43** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **2041.04** | **3324.57** |

Payrolls by Paychex, Inc.

**0027 0027-AK06** Laurice & Co Uptown Inc • 9 Bond St • New York NY 10012-2311 • (212) 228-1956

**MARK VINCENT**                    FEB 15, 2012

| Date | Time | # OF HRS | EXTRA HRS (REG RATE) | OVERTIME HRS | | |
|---|---|---|---|---|---|---|
| 1/27/2012 | 7:02PM | | | | MALDONADO | MARK VINCENT |
| 1/27/2012 | 11:26AM | 7.5 | | | MALDONADO | MARK VINCENT |
| 1/28/2012 | 7:08PM | | | | MALDONADO | MARK VINCENT |
| 1/28/2012 | 11:23AM | 7.5 | 15 | 15 | MALDONADO | MARK VINCENT |
| | | | | | | |
| 1/31/2012 | 7:31PM | | | | MALDONADO | MARK VINCENT |
| 1/31/2012 | 11:36AM | 8 | | | MALDONADO | MARK VINCENT |
| 2/1/2012 | 7:00PM | | | | MALDONADO | MARK VINCENT |
| 2/1/2012 | 11:35AM | 7.5 | | | MALDONADO | MARK VINCENT |
| 2/3/2012 | 7:57PM | | | | MALDONADO | MARK VINCENT |
| 2/3/2012 | 11:37AM | 8.5 | | | MALDONADO | MARK VINCENT |
| 2/4/2012 | 7:02PM | | | | MALDONADO | MARK VINCENT |
| 2/4/2012 | 11:19AM | 7.5 | 31.5 | 31.5 | MALDONADO | MARK VINCENT |
| | | | | | | |
| 2/6/2012 | 7:01PM | | | | MALDONADO | MARK VINCENT |
| 2/6/2012 | 11:31AM | 7.5 | | | MALDONADO | MARK VINCENT |
| 2/7/2012 | 7:01PM | | | | MALDONADO | MARK VINCENT |
| 2/7/2012 | 11:22AM | 7.5 | | | MALDONADO | MARK VINCENT |
| 2/8/2012 | 7:00PM | | | | MALDONADO | MARK VINCENT |
| 2/8/2012 | 11:37AM | 7.5 | | | MALDONADO | MARK VINCENT |
| 2/9/2012 | 7:02PM | | | | MALDONADO | MARK VINCENT |
| 2/9/2012 | 11:22AM | 7.5 | | | MALDONADO | MARK VINCENT |
| 2/10/2012 | 6:58PM | | | | MALDONADO | MARK VINCENT |
| 2/10/2012 | 11:26AM | 7.5 | | | MALDONADO | MARK VINCENT |
| 2/11/2012 | 7:03PM | | | | MALDONADO | MARK VINCENT |
| 2/11/2012 | 11:25AM | 7.5 | 45 | 37.5 | 2.5 | 5 | MALDONADO | MARK VINCENT |
| | | | 84 | 2.5 | 5 | |

# EXHIBIT L

LAURICE MADISON LTD
9 BOND ST
NEW YORK NY 10012

0027-AN61
100 Staff

10/14/2011          5430

DATE          CHECK NO.



PAY TO THE
ORDER OF          MARK VINCENT MALDONADO SR

Total Net Direct Deposit(s)
**$1900.64**

AMOUNT

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Mark Vincent Maldonado Sr

Soc Sec #: xxx          Employee ID: 11
Home Department: 100 Staff

Pay Period: 10/01/11 to 10/15/11
Check Date: 10/14/11   Check #: 5430

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3625 | 1900.64 | 32643.08 |
| **NET PAY** | **1900.64** | **32643.08** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 2275.00 | 97.00 | 36264.79 |
| | Bonus:32 | | | | | 687.50 |
| | Overtime | | | | 15.00 | 585.00 |
| | **EARNINGS** | | | 2275.00 | 112.00 | 37537.29 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 95.55 | 1576.57 |
| | Medicare | | 32.99 | 544.30 |
| | Fed Income Tax | M 5 | 140.83 | 1385.33 |
| | NY Income Tax | M 5 | 103.69 | 1363.31 |
| | NY Disability | | 1.30 | 24.70 |
| | **TOTAL** | | **374.36** | **4894.21** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1900.64 | 32643.08 |

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

0027 0027-AN61  Laurice Madison LTD • 9 Bond St • New York NY  10012 • (212) 228-1940

**MARK VINCENT MALDONADO- PAY PERIOD (OCTOBER 1-15,2011)**

GROSS SALARY          $                              2,275.00

BASED ON:
ANNUAL SALARY         $                              54,600.00

$28 per hr x 37.5 hrs per week
= $1050.00 per week

$1050 per week x 52 weeks
=$54,600.00 per year

$54,600.00 per year divide by 24 pay period
= $2275.00 per pay period

LAURICE MADISON LTD
9 BOND ST
NEW YORK NY 10012

0027-AN61
100 Staff

10/14/2011      5431

DATE            CHECK NO.



*Payrolls by Paychex, Inc.*

PAY TO THE
ORDER OF

MARK VINCENT MALDONADO SR

Total Net Direct Deposit(s)
**$363.25**

AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Mark Vincent Maldonado Sr

Soc Sec #: xxx-        Employee ID: 11
Home Department: 100 Staff

**Pay Period: 10/01/11 to 10/15/11**
**Check Date: 10/14/11   Check #: 5431**

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3625 | 363.25 | 33006.33 |
| **NET PAY** | **363.25** | **33006.33** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 4.00 | 28.0000 | 112.00 | 101.00 | 36376.79 |
| | Bonus:32 | | | | | 687.50 |
| | Overtime | 6.50 | 42.0000 | 273.00 | 21.50 | 858.00 |
| **EARNINGS** | | 10.50 | | 385.00 | 122.50 | 37922.29 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 16.17 | 1592.74 |
| | Medicare | | 5.58 | 549.88 |
| | Fed Income Tax | M 5 | | 1385.33 |
| | NY Income Tax | M 5 | | 1363.31 |
| | NY Disability | | | 24.70 |
| | **TOTAL** | | 21.75 | 4915.96 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 363.25 | 33006.33 |

*Payrolls by Paychex, Inc.*

**0027 0027-AN61** Laurice Madison LTD · 9 Bond St · New York NY 10012 · (212) 228-1940

## MARK VINCENT    - PAY PERIOD (OCT.1-15,2011)

| | | EXTRA HOURS @ REGULAR RATE | OVERTIME @ TIME 1/2 |
|---|---|---|---|
| 26-Sep | 7.5 | | |
| 27-Sep | 9 | | |
| 28-Sep | 7.5 | | |
| 29-Sep | off | | |
| 30-Sep | 7.5 | | |
| 1-Oct | 7.5 | | |
| 2-Oct | off | | |
| TOTAL HOURS | 39 | | |
| LESS REG. HOURS | -37.5 | | |
| EXTRA HOURS | 1.5 | 1.5 | |
| | | | |
| 3-Oct | 9 | | |
| 4-Oct | 7.5 | | |
| 5-Oct | 7.5 | | |
| 6-Oct | 7.5 | | |
| 7-Oct | 7.5 | | |
| 8-Oct | 7.5 | | |
| 9-Oct | OFF | | |
| TOTAL HOURS | 46.5 | | |
| LESS REG. HOURS | -37.5 | | |
| EXTRA HOURS | 9 | 2.5 | 6.5 |

| | |
|---|---|
| TOTAL EXTRA HOURS | 4 |
| TOTAL OVERTIME | 6.5 |

# EXHIBIT M

LAURICE ANPT
9 BOND ST
NEW YORK NY: 10012

100 New York

12/30/2010      94
DATE      CHECK NO.

PAY TO THE
ORDER OF                    CHARLENE WALSH

Total Net Direct Deposit(s)
**$962.57**
AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Charlene Walsh

Soc Sec #: xxx          Employee ID: 6
Home Department: 100 New York

Pay Period: 12/16/10 to 12/31/10
Check Date: 12/30/10   Check #: 94

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 669.73 |
| Chkg 5373 | 962.57 | 7114.93 |
| NET PAY | 962.57 | 7784.66 |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1213.33 | | 9165 |
| | Bonus:32 | | | | | 500 |
| | EARNINGS | | | 1213.33 | | 9665 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 75.23 | 599 |
| | Medicare | | 17.59 | 140 |
| | Fed Income Tax | S 2 | 89.45 | 634 40 |
| | NY Income Tax | S 2 | 40.96 | 301 85 |
| | NY Disability | | 1.30 | 10 4 |
| | NY NYC Inc | S 2 | 26.23 | 104 5 |
| | TOTAL | | 250.76 | 169 |

| | | THIS PERIOD ($) | |
|---|---|---|---|
| NET PAY | | 962.57 | 1784 |

Payrolls by Paychex, Inc.

0027 0027-**CP70**  Laurice and Bleeker Corp • 9 Bond St • New York NY  10012

## CHARLENE WALSH

| | | |
|---|---|---|
| ANNUAL SALARY = 52-WEEKS | $ | 29,120.00 |
| DIVIDE BY 24 PAY PERIOD | | 24 |
| GROSS SALARY PER PAY PERIOD | $ | **1,213.33** |

ANNUAL SALARY CALCULATIONS: BASED ON $ 16.00 PER HR x 35-HRS PER WEEK x 52-WEEKS =    $ 29,120



LAURICE AN... ...CP70
9 BOND St                    100 New York
NEW YORK NY, 10012

DATE          CHECK NO.

95

PAY TO THE          CHARLENE WALSH
ORDER OF

Total Net Direct Deposit(s)
**$428.55**

AMOUNT

VOID THIS IS NOT A CHECK ............................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Charlene Walsh

Soc Sec #: xx...          Employee ID: 6
Home Department: 100 New York

Pay Period: 12/16/10 to 12/31/10
Check Date: 12/30/10   Check #: 95

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 669.73 |
| Chkg 5373 | 428.55 | 7543.48 |
| NET PAY | 428.55 | 8213.21 |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD |
|---|---|---|---|---|---|---|
| | Regular | 10.00 | 16.0000 | 160.00 | 10.00 | 932... |
| | Bonus:32 | | | | | 500.0... |
| | Overtime | 13.00 | 24.0000 | 312.00 | 13.00 | 312.0... |
| EARNINGS | | 23.00 | | 472.00 | 23.00 | 10137... |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD |
|---|---|---|---|---|---|---|
| | Social Security | | | 29.26 | | 628.5... |
| | Medicare | | | 6.84 | | 146... |
| | Fed Income Tax | S 2 | | | | 19.24... |
| | NY Income Tax | S 2 | | 3.92 | | 305... |
| | NY Disability | | | | | 31.0... |
| | NY NYC Inc | S 2 | | 3.43 | | 148.0... |
| | TOTAL | | | 43.45 | | 1924... |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 428.55 | 821... |

Payrolls by Paychex, Inc.

0027 0027-CP70  Laurice and Bleeker Corp · 9 Bond St · New York NY  10012

## CHARLENE WALSH

DEC 30, 2010 PAY PERIOD

| | # OF HRS WORKED | WEEKLY HRS @ PAYCHEX | EXTRA HRS AT REG RATE | OVERTIME HRS @ TIME & A HALF |
|---|---|---|---|---|
| 13-Dec | 8 | | | |
| 14-Dec | OFF | | | |
| 15-Dec | 8 | | | |
| 16-Dec | 8 | | | |
| 17-Dec | 8 | | | |
| 18-Dec | 8 | | | |
| 19-Dec | 8 | 48 | 35 | 5 | 8 |
| | | | | | |
| 20-Dec | 8 | | | |
| 21-Dec | 8 | | | |
| 22-Dec | off | | | |
| 23-Dec | 8 | | | |
| 24-Dec | 6 | | | |
| 25-Dec | 7 | | | |
| 26-Dec | 8 | 45 | 35 | 5 | 5 |
| | | | | 10 | 13 |

# EXHIBIT N

LAURICE AND BLEEKER CORP
9 BOND ST
NEW YORK NY 10012

0027-CP70
100 New York

**01/13/2012**    **219**

DATE    CHECK NO.



PAY TO THE
ORDER OF

CHARLENE WALSH

Total Net Direct Deposit(s)
**\*\*$1187.20\*\***

AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Charlene Walsh

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1787.50 | | 1787.50 |
| | **EARNINGS** | | | 1787.50 | | 1787.50 |

Soc Sec #: xxx-    Employee ID: 6
Home Department: 100 New York

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 67.67 | 67.67 |
| | Medicare | | 23.36 | 23.36 |
| | Fed Income Tax | S 0 | 215.00 | 215.00 |
| | NY Income Tax | S 0 | 71.97 | 71.97 |
| | NY Disability | | 1.30 | 1.30 |
| | NY NYC Inc | S 0 | 44.76 | 44.76 |
| | **TOTAL** | | 424.06 | 424.06 |

Pay Period: 01/01/12 to 01/15/12
Check Date: 01/13/12   Check #: 219

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0748 | 1187.20 | 1187.20 |
| **NET PAY** | **1187.20** | **1187.20** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Pretax Med | 176.24 | 176.24 |
| | **TOTAL** | 176.24 | 176.24 |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | 1187.20 | 1187.20 |

Payrolls by Paychex, Inc.

**0027 0027-CP70**  Laurice and Bleeker Corp • 9 Bond St • New York NY 10012 • (212) 228-1940

## CHARLENE WALSH

| | | |
|---|---|---|
| **ANNUAL SALARY** | $ | **42,900.00** |
| DIVIDE BY 24-PAY PERIOD | | 24 |
| GROSS SALARY PER PAY PERIOD | $ | 1,787.50 |

---

**BASED ON:**
$ 42,900 per year based on $ 22.00 per hr x 37.5 hrs per week x 52-weeks

LAURICE AND BLEEKER CORP     0027-CP70
9 BOND ST     100 New York
NEW YORK NY 10012

**01/13/2012**     **221**

DATE       CHECK NO.

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

CHARLENE WALSH 

Total Net Direct Deposit(s)
**\*\*$148.14\*\***

AMOUNT

**VOID THIS IS NOT A CHECK** ............................................. **DOLLARS**

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE.

FOLD AND REMOVE                   FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Charlene Walsh

Soc Sec #: xxx-xx-    Employee ID: 6
Home Department: 100 New York

**Pay Period:** 01/01/12 to 01/15/12
**Check Date:** 01/13/12    **Check #:** 221

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0748 | 148.14 | 1846.13 |
| **NET PAY** | **148.14** | **1846.13** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Commission | | | | | 632.62 |
| | Hourly | 4.50 | 22.0000 | 99.00 | 4.50 | 99.00 |
| | Salary | | | | | 1787.50 |
| | Overtime | 2.00 | 33.0000 | 66.00 | 2.00 | 66.00 |
| | **EARNINGS** | 6.50 | | 165.00 | 6.50 | 2585.12 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 6.93 | 101.17 |
| | Medicare | | 2.39 | 34.92 |
| | Fed Income Tax | S 0 | 7.54 | 285.87 |
| | NY Income Tax | S 0 | | 85.69 |
| | NY Disability | | | 1.30 |
| | NY NYC Inc | S 0 | | 53.80 |
| | **TOTAL** | | **16.86** | **562.75** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Pretax Med | | 176.24 |
| | **TOTAL** | | **176.24** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 148.14 | 1846.13 |

Payrolls by Paychex, Inc.

**0027 0027-CP70** Launce and Bleeker Corp • 9 Bond St • New York NY 10012 • (212) 228-1940

# CHARLENE WALSH#71

OVERTIME HOURS (AT REGULAR RATE & TIME & A HALF)

| | |
|---|---|
| 26-Dec | OFF |
| 27-Dec | 8 |
| 28-Dec | 8 |
| 29-Dec | 8 |
| 30-Dec | 8.5 |
| 31-Dec | 7 |
| 1-Jan | OFF |
| TOTAL HRS - WEEK 12/26-JAN 1 | 39.5 |
| LESS:  WEEKLY REGULAR HOURS (IN PAYCHEX) | -37.5 |
| OVERTIME HOURS WEEK 12/26-1/1 | 2 |

| | |
|---|---|
| 2-Jan | 9 |
| 3-Jan | 8 |
| 4-Jan | 8 |
| 5-Jan | 8 |
| 6-Jan | OFF |
| 7-Jan | 9 |
| 8-Jan | OFF |
| TOTAL HOURS WEEK JAN 2-8, 2012 | 42 |
| LESS:  WEEKLY REGULAR HOURS (IN PAYCHEX) | -37.5 |
| TOTAL OVER HRS | 4.5 |
| OVERTIME HOURS AT REGULAR RATE | 2.5 |
| OVERTIME HOURS AT TIME & A HALF | 2 |

| | |
|---|---|
| TOTAL OVERTIME @ REGULAR RATE THIS PAY PERIOD | 4.5 |
| TOTAL OVERTIME @ TIME & A HALF THIS PAY PERIOD | 2 |

# EXHIBIT O

LAURICE WASHINGTON LTD          1301-5321
9 BOND STREET                   Company
NEW YORK NY 10012                                    56-1544          07/15/2011        2510700002
                                                     441             DATE               CHECK NO.

PAY TO THE          CELIN A AGUIRRE                              **$1547.63**
ORDER OF            
                                                                AMOUNT

ONE THOUSAND FIVE HUNDRED FORTY SEVEN AND 63/100 ..................... DOLLARS

JPMorgan Chase
Columbus, OH 43271                                              John Mogh
                                                               AUTHORIZED SIGNATURE(S)

⑈2510700002⑈ ⑆044115443⑆      754281376⑈

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                          FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Celin A Aguirre

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 2166.67 | 101.50 | 4704.17 |
| **EARNINGS** | | | | 2166.67 | 101.50 | 4704.17 |

Soc Sec #: xxx        Employee ID: 2

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 91.00 | | 197.58 |
| | Medicare | | | 31.42 | | 68.21 |
| | Fed Income Tax | S 1 | | 319.79 | | 732.29 |
| | NY Income Tax | S 1 | | 109.11 | | 243.63 |
| | NY Disability | | | 1.30 | | 2.60 |
| | NY NYC Inc | S 0 | | 66.42 | | 147.30 |

Pay Period: 07/01/11 to 07/15/11
Check Date: 07/15/11    Check #: 2510700002

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1547.63 | 3312.56 |
| **NET PAY** | **1547.63** | **3312.56** |

| | TOTAL | | | 619.04 | | 1391.61 |
|---|---|---|---|---|---|---|

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1547.63 | 3312.56 |

Payrolls by Paychex, Inc.

0027 1301-5321  Laurice Washington Ltd • 9 Bond Street • New York NY 10012 • (212) 228-0842

## CELIN ANDRES AGUIRRE                    JUL 15, 2011

|                                        |    |              |
|----------------------------------------|----|--------------|
| ANNUAL SALARY = 52-WEEKS               | $  | 52,000.00    |
| DIVIDE BY 24 PAY PERIOD                |    | 24           |
| GROSS SALARY THIS PAY PERIOD->         | $  | 2,166.67     |

ANNUAL SALARY CALCULATIONS:  BASED ON $ 25 PER HR X 40-HRS PER WEEK x 52-WKS=      $      52,000

LAURICE WASHINGTON LTD
9 BOND STREET
NEW YORK NY 10012

1301-5321
Company

56-1544/441   07/15/2011   2510700003

DATE   CHECK NO.

PAY TO THE
ORDER OF

CELIN A AGUIRRE



**$275.48**

AMOUNT

TWO HUNDRED SEVENTY FIVE AND 48/100 .................................. DOLLARS

JPMorgan Chase
Columbus, OH 43271

*John Moyl*

AUTHORIZED SIGNATURE(S)

⑈2510700003⑈ ⑆044115443⑆ 75428⑈376⑈

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                        FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Celin A Aguirre

Soc Sec #: xxx-          Employee ID: 2

Pay Period: 07/01/11 to 07/15/11
Check Date: 07/15/11   Check #: 2510700003

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 275.48 | 3588.04 |
| **NET PAY** | **275.48** | **3588.04** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 101.50 | 4704.17 |
| | Overtime | 8.00 | 37.5000 | 300.00 | 8.00 | 300.00 |
| | **EARNINGS** | 8.00 | | 300.00 | 109.50 | 5004.17 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 12.60 | 210.18 |
| | Medicare | | 4.35 | 72.56 |
| | Fed Income Tax | S 1 | 5.83 | 738.12 |
| | NY Income Tax | S 1 | | 243.63 |
| | NY Disability | | | 2.60 |
| | NY NYC Inc | S 0 | 1.74 | 149.04 |
| | **TOTAL** | | 24.52 | 1416.13 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 275.48 | 3588.04 |

*Payrolls by Paychex, Inc*

**0027 1301-5321**  Laurice Washington Ltd • 9 Bond Street • New York NY 10012 • (212) 228-0842

**CELIN LUIS AGUIRRE**     **JUL 15, 2011**

| | | # OF HRS WORKED | WEEKLY HRS @ PAYCHEX | EXTRA HRS (REG RATE) | OVERTIME HRS |
|---|---|---|---|---|---|
| 6/27/11 | 8 | | | | |
| 6/28/11 | 8 | | | | |
| 6/29/11 | OFF | | | | |
| 6/30/11 | 8 | | | | |
| 7/1/11 | 8 | | | | |
| 7/2/11 | 8 | | | | |
| 7/3/11 | 8 | 48 | 40 | 0 | 8 |

# EXHIBIT P

LAURICE SOUTHAMPTON INC
9 BOND STREET
NEW YORK NY 10012

1301-5026
Company

05/31/2012     **5090**
DATE            CHECK NO.

PAY TO THE
ORDER OF

ESTAFANIA E RIVERA     

Total Net Direct Deposit(s)
**\*\*$1500.23\*\***
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Estafania E Rivera

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 106.00 | 18.0000 | 1908.00 | 518.50 | 9333.00 |
| | Commissions | | | | | 151.50 |
| | EARNINGS | 106.00 | | 1908.00 | 518.50 | 9484.50 |

Soc Sec #: xxx-x     Employee ID: 5

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 80.14 | 398.35 |
| | Medicare | | 27.67 | 137.53 |
| | Fed Income Tax | M 1 +$18 | 193.58 | 764.83 |
| | NY Income Tax | M 1 +$18 | 105.08 | 510.49 |
| | NY Disability | | 1.30 | 11.70 |
| | TOTAL | | 407.77 | 1822.90 |

**Pay Period:** 05/16/12 to 05/31/12
**Check Date:** 05/31/12     **Check #:** 5090

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 7726 | 750.11 | 3830.78 |
| Savg 8411 | 750.12 | 3830.82 |
| **NET PAY** | **1500.23** | **7661.60** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1500.23 | 7661.60 |

Payrolls by Paychex, Inc.

**0027 1301-5026** Laurice Southampton Inc • 9 Bond Street • New York NY 10012 • (212) 228-0842

ESTEFANIA RIVERA

| | | DAILY HOURS | LUNCH | TOTAL HOURS | | |
|---|---|---|---|---|---|---|
| 5/11/2012 | 9:06PM | | | | RIVERA | STEPHANIA |
| 5/11/2012 | 11:04AM | 10 | -1 | 9 | RIVERA | STEPHANIA |
| 5/12/2012 | 9:17PM | | | | RIVERA | STEPHANIA |
| 5/12/2012 | 11:04AM | 10 | -1 | 9 | RIVERA | STEPHANIA |
| 5/13/2012 | 8:04PM | | | | RIVERA | STEPHANIA |
| 5/13/2012 | 10:51AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| | | | TOTAL HRS | 26 | | |
| | | | | | | |
| 5/15/2012 | 8:11PM | | | | RIVERA | STEPHANIA |
| 5/15/2012 | 11:06AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/16/2012 | 8:04PM | | | | RIVERA | STEPHANIA |
| 5/16/2012 | 11:10AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/17/2012 | 8:05PM | | | | RIVERA | STEPHANIA |
| 5/17/2012 | 11:05AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/18/2012 | 9:01PM | | | | RIVERA | STEPHANIA |
| 5/18/2012 | 11:04AM | 10 | -1 | 9 | RIVERA | STEPHANIA |
| 5/19/2012 | 9:04PM | | | | RIVERA | STEPHANIA |
| 5/19/2012 | 10:58AM | 10 | -1 | 9 | RIVERA | STEPHANIA |
| 5/20/2012 | 8:02PM | | | | RIVERA | STEPHANIA |
| 5/20/2012 | 11:04AM | 9 | -1 | 8 | RIVERA | STEPHANIA |

| | | |
|---|---|---|
| TOTAL HRS WORKED WK 5/15-5/20/12 | 50 | |
| LESS: WEEKLY REG HRS @ REGULAR RATE | -40 | |
| OVERTIME HRS WK 5/15-5/20 AT TIME & A HALF | 10 | |

| 5/22/2012 | 8:09PM | | | | RIVERA | STEPHANIA |
|---|---|---|---|---|---|---|
| 5/22/2012 | 11:03AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/23/2012 | 8:03PM | | | | RIVERA | STEPHANIA |
| 5/23/2012 | 10:57AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/24/2012 | 8:07PM | | | | RIVERA | STEPHANIA |
| 5/24/2012 | 11:01AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/25/2012 | 9:01PM | | | | RIVERA | STEPHANIA |
| 5/25/2012 | 11:05AM | 10 | -1 | 9 | RIVERA | STEPHANIA |
| 5/26/2012 | 1:38PM | | | | RIVERA | STEPHANIA |
| 5/26/2012 | 10:51PM | 9.5 | -1 | 8.5 | RIVERA | STEPHANIA |
| 5/27/2012 | 8:04PM | | | | RIVERA | STEPHANIA |
| 5/27/2012 | 11:18AM | 8.75 | -1 | 7.75 | RIVERA | STEPHANIA |
| 5/28/2012 | 7:14PM | | | | RIVERA | STEPHANIA |
| 5/28/2012 | 11:27AM | 7.5 | -1 | 6.5 | RIVERA | STEPHANIA |

| | | |
|---|---|---|
| TOTAL HRS WORKED WK 5/15-5/20/12 | 55.75 | |
| LESS: WEEKLY REG HRS @ REGULAR RATE | -40 | |
| OVERTIME HRS WK 5/15-5/20 AT TIME & A HALF | 15.75 | |

| TOTAL HOURS | 106 |
|---|---|

LAURICE SOUTHAMPTON INC
9 BOND STREET
NEW YORK NY 10012

1301-5026
Company

05/31/2012          5091

DATE                 CHECK NO.

PAY TO THE
ORDER OF

ESTAFANIA E RIVERA



Total Net Direct Deposit(s)
**$586.30**

AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                      FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Estafania E Rivera

Soc Sec #: xxx-x...  Employee ID: 5

Pay Period: 05/16/12 to 05/31/12
Check Date: 05/31/12   Check #: 5091

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 7726 | 293.15 | 4123.93 |
| Savg 8411 | 293.15 | 4123.97 |
| **NET PAY** | **586.30** | **8247.90** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Overtime | 25.75 | 27.0000 | 695.25 | 25.75 | 695.25 |
| | Hourly | | | | 518.50 | 9333.00 |
| | Commissions | | | | | 151.50 |
| | **EARNINGS** | 25.75 | | 695.25 | 544.25 | 10179.75 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 29.20 | 427.55 |
| | Medicare | | 10.08 | 147.61 |
| | Fed Income Tax | M 1 +$18 | 37.94 | 802.77 |
| | NY Income Tax | M 1 +$18 | 31.73 | 542.22 |
| | NY Disability | | | 11.70 |
| | **TOTAL** | | 108.95 | 1931.85 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 586.30 | 8247.90 |

ESTEFANIA RIVERA - OVERTIME

| Date | Time | | | | Last | First |
|---|---|---|---|---|---|---|
| 5/15/2012 | 8:11PM | | | | RIVERA | STEPHANIA |
| 5/15/2012 | 11:06AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/16/2012 | 8:04PM | | | | RIVERA | STEPHANIA |
| 5/16/2012 | 11:10AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/17/2012 | 8:05PM | | | | RIVERA | STEPHANIA |
| 5/17/2012 | 11:05AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/18/2012 | 9:01PM | | | | RIVERA | STEPHANIA |
| 5/18/2012 | 11:04AM | 10 | -1 | 9 | RIVERA | STEPHANIA |
| 5/19/2012 | 9:04PM | | | | RIVERA | STEPHANIA |
| 5/19/2012 | 10:58AM | 10 | -1 | 9 | RIVERA | STEPHANIA |
| 5/20/2012 | 8:02PM | | | | RIVERA | STEPHANIA |
| 5/20/2012 | 11:04AM | 9 | -1 | 8 | RIVERA | STEPHANIA |

|  | |
|---|---|
| TOTAL HRS WORKED WK 5/15-5/20/12 | 50 |
| LESS: WEEKLY REG HRS @ REGULAR RATE | -40 |
| OVERTIME HRS WK 5/15-5/20 AT TIME & A HALF | 10 |

| Date | Time | | | | Last | First |
|---|---|---|---|---|---|---|
| 5/22/2012 | 8:09PM | | | | RIVERA | STEPHANIA |
| 5/22/2012 | 11:03AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/23/2012 | 8:03PM | | | | RIVERA | STEPHANIA |
| 5/23/2012 | 10:57AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/24/2012 | 8:07PM | | | | RIVERA | STEPHANIA |
| 5/24/2012 | 11:01AM | 9 | -1 | 8 | RIVERA | STEPHANIA |
| 5/25/2012 | 9:01PM | | | | RIVERA | STEPHANIA |
| 5/25/2012 | 11:05AM | 10 | -1 | 9 | RIVERA | STEPHANIA |
| 5/26/2012 | 1:38PM | | | | RIVERA | STEPHANIA |
| 5/26/2012 | 10:51PM | 9.5 | -1 | 8.5 | RIVERA | STEPHANIA |
| 5/27/2012 | 8:04PM | | | | RIVERA | STEPHANIA |
| 5/27/2012 | 11:18AM | 8.75 | -1 | 7.75 | RIVERA | STEPHANIA |
| 5/28/2012 | 7:14PM | | | | RIVERA | STEPHANIA |
| 5/28/2012 | 11:27AM | 7.5 | -1 | 6.5 | RIVERA | STEPHANIA |

|  | |
|---|---|
| TOTAL HRS WORKED WK 5/15-5/20/12 | 55.75 |
| LESS: WEEKLY REG HRS @ REGULAR RATE | -40 |
| OVERTIME HRS WK 5/15-5/20 AT TIME & A HALF | 15.75 |

|  | |
|---|---|
| TOTAL OVERTIME HOURS THIS PAY PERIOD | 25.75 |

**ESTEFANIA RIVERA**

| Date | Time | | | First | Last |
|------|------|---|---|-------|------|
| 4/26/2012 | 7:09PM | | | STEPHANIA | RIVERA |
| 4/26/2012 | 10:59AM | 8 | | STEPHANIA | RIVERA |
| 4/27/2012 | 8:04PM | | | STEPHANIA | RIVERA |
| 4/27/2012 | 10:58AM | 9 | | STEPHANIA | RIVERA |
| 4/28/2012 | 8:03PM | | | STEPHANIA | RIVERA |
| 4/28/2012 | 11:00AM | 8 | | STEPHANIA | RIVERA |
| 4/29/2012 | 8:14PM | | | STEPHANIA | RIVERA |
| 4/29/2012 | 10:52AM | 8 | 33 | STEPHANIA | RIVERA |
| 5/3/2012 | 8:06PM | | | STEPHANIA | RIVERA |
| 5/3/2012 | 11:06AM | 8 | | STEPHANIA | RIVERA |
| 5/4/2012 | 9:06PM | | | STEPHANIA | RIVERA |
| 5/4/2012 | 11:04AM | 9 | | STEPHANIA | RIVERA |
| 5/5/2012 | 9:09PM | | | STEPHANIA | RIVERA |
| 5/5/2012 | 10:55AM | 9 | | STEPHANIA | RIVERA |
| 5/6/2012 | 8:28PM | | | STEPHANIA | RIVERA |
| 5/6/2012 | 11:01AM | 8.5 | 34.5 | STEPHANIA | RIVERA |
| 5/10/2012 | 8:05PM | | | STEPHANIA | RIVERA |
| 5/10/2012 | 11:03AM | 8 | 8 | STEPHANIA | RIVERA |
| | TOTAL HRS | | 75.5 | | |

# EXHIBIT Q

NO 9 PARFUME LEASEHOLD INC
9 BOND STREET
NEW YORK NY 10012

0027-AJ55
100 Payroll

**06/15/2011**      **2679**
DATE            CHECK NO.

PAY TO THE
ORDER OF

ALBERTO CABALLERO 

Total Net Direct Deposit(s)
**\*\*$1709.38\*\***

AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Alberto Caballero

Soc Sec #: xxx-       **Employee ID:** 80
**Home Department:** 100 Payroll

**Pay Period:** 06/01/11 to 06/15/11
**Check Date:** 06/15/11    **Check #:** 2679
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0641 | 1709.38 | 3816.63 |
| **NET PAY** | **1709.38** | **3816.63** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 2513.33 | | 5026.66 |
| Overtime | | | | 11.00 | 478.50 |
| **EARNINGS** | | | 2513.33 | 11.00 | 5505.16 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 105.56 | 231.22 |
| Medicare | | 36.44 | 79.82 |
| Fed Income Tax | S 0 | 445.00 | 930.94 |
| NY Income Tax | S 0 | 135.71 | 278.94 |
| NY Disability | | 1.30 | 2.60 |
| NY NYC Inc | S 0 | 79.94 | 165.01 |
| **TOTAL** | | 803.95 | 1688.53 |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | **1709.38** | **3816.63** |

Payrolls by Paychex, Inc.

**0027 0027-AJ55**  No 9 Parfume Leasehold Inc • 9 Bond Street • New York NY  10012 • (212) 228-1956

## ALBERTO CABALLERO (JUN 1-15,2011)

GROSS SALARY            $                    2,513.33

BASED ON:
ANNUAL SALARY           $                    60,320.00
BASED ON $29.00 PER HR X 40-HRS PER WEEK
$1,160 PER WEEK X 52-WEEKS
=$60,320.00

$60,320.00 / 24 pay pds
=$2,513.33

NO 9 PARFUME LEASEHOLD INC
9 BOND STREET
NEW YORK NY 10012

0027-AJ55
100 Payroll

06/15/2011          2680
DATE                CHECK NO.

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

ALBERTO CABALLERO

Total Net Direct Deposit(s)
**$397.88**
AMOUNT

VOID THIS IS NOT A CHECK .......................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Alberto Caballero

Soc Sec #: xxx-x    Employee ID: 80
Home Department: 100 Payroll

**Pay Period:** 06/01/11 to 06/15/11
**Check Date:** 06/15/11   **Check #:** 2680

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0641 | 397.88 | 4214.51 |
| **NET PAY** | 397.88 | 4214.51 |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 5026.66 |
| | Overtime | 11.00 | 43.5000 | 478.50 | 22.00 | 957.00 |
| | **EARNINGS** | 11.00 | | 478.50 | 22.00 | 5983.66 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 20.09 | 251.31 |
| | Medicare | | 6.94 | 86.76 |
| | Fed Income Tax | S 0 | 40.94 | 971.88 |
| | NY Income Tax | S 0 | 7.52 | 286.46 |
| | NY Disability | | | 2.60 |
| | NY NYC Inc | S 0 | 5.13 | 170.14 |
| | **TOTAL** | | 80.62 | 1769.15 |



| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 397.88 | 4214.51 |

Payrolls by Paychex, Inc.

**0027 0027-AJ55**  No 9 Parfume Leasehold Inc • 9 Bond Street • New York NY 10012 • (212) 228-1956

## ALBERTO CABALLERO - PAY PERIOD(JUNE 1-15,2011)

| | |
|---|---|
| 5/30/11 | 8 |
| 5/31/11 | 8 |
| 6/1/11 | 8 |
| 6/2/11 | 8 |
| 6/3/11 | 8 |
| 6/4/11 | 8 |
| 6/5/11 | off |
| TOTAL HOURS | 48 |
| LESS REG. HOURS | -40 |
| OVERTIME HOURS | 8 |
| | |
| 6/6/11 | 3 |
| 6/7/11 | 8 |
| 6/8/11 | 8 |
| 6/9/11 | 8 |
| 6/10/11 | 8 |
| 6/11/11 | 8 |
| 12-Jun | off |
| TOTAL HOURS | 43 |
| LESS REG. HOURS | -40 |
| OVERTIME HOURS | 3 |

**TOTAL OVERTIME HOURS**          11

## ALBERTO CABALLERO (JUN 1-15,2011)

GROSS SALARY                $                                      478.50

BASED ON:
ANNUAL SALARY               $                                    60,320.00
                            BASED ON $29.00 PER HR X 40-HRS PER WEEK
                            $1,160 PER WEEK X 52-WEEKS
                            =$60,320.00

                            $1,160.00 / 5 days
                            =$232 per day

                            $232.00 / 29 per hour
                            =8 hrs per day

                            ($29.00 / 2) + 29
                            =$43.50 ovt rate

                            =11hrs x 43.50
                            =$478.50

                            He worked 11hrs of ovt for this pay pd- 5/30-6/5 8 ovt hrs;
                            6/6-6/11 3 ovt hrs