UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VERONICA ROBLEDO, Individually And On Behalf Of
All Other Persons Similarly Situated,

                            *Plaintiffs*,

      -against-

No. 9 PARFUME LEASEHOLD,
LAURICE & CO. UPTOWN, INC.,
LAURICE WASHINGTON LTD.,
LAURICE & BLEECKER CORP.,
LAURICE SOUTHAMPTON, INC.,
LAURICE MADISON LTD., and
LAURICE RAHME, Individually,

                            *Defendants*.
-------------------------------------------------------------------X

      **KARIN MARIA WIDMANN**, being duly sworn, and subject to the penalties for perjury, deposes and says:

      1.    I am a plaintiff in the above-captioned action.

      2.    I worked for the Defendants' perfume boutiques from in or around July 2011 through February 2012. I had the title "store manager".

      3.    I worked in Defendants' store on Bond Street.

      4.    During my tenure in with Defendants, I personally witnessed five (5) to six (6) retail sales associate work approximately ten (10) hours of overtime each week for which Defendants did not pay overtime compensation.

      5.    I was not aware of Defendants ever paying overtime compensation.

      6.    I have reviewed the August 28, 2013 Supplemental Affidavit of Veronica Robledo ("Robledo Affidavit") and the statements contained therein. Based on my first hand-knowledge

and experiences, I believe the statements in the Robeldo Affidavit are true and correct as to Ms. Robledo and as to the other retail sales associates with whom I worked.

_____
KARIN MARIA WIDMANN

Sworn to before me this
30TH day of October 2013

_____
Notary Public
State of New York

WALKER G. HARMAN JR.
Notary Public - State of New York
NO. 02HA6170776
Qualified in New York County
My Commission Expires 12/22/15