# THE HARMAN FIRM, PC

ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600   FAX 212 202 3926

WWW.THEHARMANFIRM.COM

February 15, 2013

**VIA FACSIMILE (212) 805-4258**
Hon. Debra Freeman
United States Magistrate Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** ***Robledo, et al. v. No. 9 Parfume Leasehold, et al.***, **12 CV 3579 (ALC)(DCF)**
> related to
> ***Robledo, et al. v. Bond No. 9, et al.***, **12 CV 6111 (ALC)**

Dear Judge Freeman:

We represent the Plaintiffs in the above-referenced matters and write regarding *Robledo et al., v. No. 9 Parfume Leasehold, et al.,* 12 CV 3579 (ALC)(DCF), and more specifically regarding the Court's January 28, 2013 endorsement of Plaintiffs' letter (Docket entry No. 69).

Plaintiffs have endeavored, and continue to endeavor to engage in a meet and confer with Defendants. Plaintiffs wrote to Defendants in order to schedule this meet and confer and one was scheduled on February 14. However, Defendants canceled this meet and confer on that very morning. The parties will now reschedule this meet and confer and try to solve outstanding discovery issues before bringing them to the Court's attention.

Plaintiffs do not seek any remedy at that time from the Court, but did wish to make the Court aware of the scheduling issues Plaintiffs have encountered in the application of the Court's order.

Plaintiffs remain at the Court's disposal, should the Court require additional information. We thank the Court for its time and attention to this matter.

> Very truly yours,
> THE HARMAN FIRM, PC
>
> _____/s/_____
> Peter J. Andrews

cc:   Walker G. Harman, Jr. (via email, *wharman@theharmanfirm.com*)
      Dennis A. Lalli, Esq. (via email, *dlalli@bsk.com*)