# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600    FAX 212 202 3926

WWW.THEHARMANFIRM.COM

February 22, 2013

**VIA FACSIMILE (212) 805-4258**
Hon. Debra C. Freeman
United States Magistrate Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**   *Robledo, et al. v. No. 9 Parfume Leasehold, et al.*,
             **12 CV 3579 (ALC)(DCF) (S.D.N.Y.)**
             related to
             *Robledo, et al. v. Bond No. 9, et al.*,
             **12 CV 6111 (ALC)(S.D.N.Y.)**[1]

Dear Judge Freeman:

     We represent the Plaintiffs in the above-referenced matters and write regarding *Robledo et al., v. No. 9 Parfume Leasehold, et al.,* 12 CV 3579 (ALC)(DCF), and more specifically regarding the parties' attempts to schedule a meet and confer.

     Plaintiffs have served their Requests for the production of documents and interrogatories on October 8, 2012.  Defendants served their response on December 8, 2012 and Plaintiffs sent Defendants a deficiency letter on December 19, 2012.

     Since then, we have not had the opportunity to discuss those deficiencies with Defendants because either we have not heard back from them, or they cancelled a scheduled meet and confer at the last minute.

     Once more, Plaintiffs reached out to Defendants and the parties have agreed to meet and confer on Thursday, February 28, 2013 at 1:00 pm.  To ensure that this meet and confer is not canceled and that we can go forward with this action, Plaintiffs respectfully request that the Court "so orders" this meet and confer.

---

[1] Today, Judge Carter accepted *No. 9 Parfume Leasehold, et al., v. Robledo, et al.,* 13 CV 867 (ALC)(S.D.N.Y.), wherein this office represents the Defendants, as related to *Robledo, et al., v. Bond No. 9, et al.,* 12 CV 6111 (ALC)(S.D.N.Y.).

Hon. Debra C. Freeman, U.S.M.J.
February 22, 2013
Page 2 of 2

    We thank the Court for its time and attention to this matter.

                                 Respectfully submitted,
                                 THE HARMAN FIRM, PC

                                 _____/s/_____
                                 Peter J. Andrews

cc:    Walker G. Harman, Jr. (via email, *wharman@theharmanfirm.com*)
        Dennis A. Lalli, Esq. (via email*, dlalli@bsk.com*)