# THE HARMAN FIRM, PC
### ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600    FAX 212 202 3926

WWW.THEHARMANFIRM.COM

November 15, 2013

**VIA ECF**
Hon. Debra C. Freeman
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Robledo v. No. 9 Parfume Leasehold*, 12 CV 3579 (ALC)(DCF)
             related to
           *Robledo v. Bond No. 9*, 12 CV 6111 (ALC)(DCF)

Dear Judge Freeman:

      We represent Plaintiffs Veronica Robledo and Karin M. Widmann in the two (2) above actions and write concerning *Robledo v. No. 9 Parfume Leasehold*, 12 CV 3579 (ALC)(DCF).

      We are writing because today, Friday, November 15, 2013, during the deposition of a senior member of the Defendants' management team, counsel for the Defendant repeatedly instructed the witness (Ms. Hormidas Caloobanan) to not answer questions on the grounds that they purportedly sought information that counsel considered to be "irrelevant" or "collateral" in nature. No applicable privileges were invoked.

      In fact, these questions to the witness were directly based on several affidavits that have been submitted in this case, ***including an affidavit of the witness herself***, which she testified she prepared jointly with defense counsel (a copy of Ms. Caloobanan's affidavit is attached for the Court's convenience). The witness, Ms. Caloobanan, appeared prepared to answer these questions. These questions directly related to the witness' employment with the Defendants as a manager and administrator and her involvement in employment-related disputes.

      We courteously and repeatedly advised defense counsel that his instructions to not answer were inappropriate, and objected. We cautioned defense counsel that his directives to the witness would be subject to judicial review.

      We are writing today because we are taking the deposition of the owner of the Defendants, an individual defendant herself, on Tuesday and do not wish to see this conduct repeated.

      We request a short telephonic conference with the Court, preferably in advance of Tuesday's deposition, in order to resolve this issue.

Hon. Debra Freeman
November 15, 2013
Page 2 of 2

    We will forward the Court copies of pertinent pages of today's deposition as soon as they are available.

    We thank the Court's time and consideration.

> Respectfully submitted,
> THE HARMAN FIRM, PC
>
> _____/s/_____
> Peter J. Andrews [PA-3295]

Encls.

cc:    Dennis A. Lalli, Esq. (via ECF)
       Barbara V. Cusumano, Esq. (via ECF)
       Peter J. Andrews, Esq. (via ECF)
       Hon. Debra Freeman (via U.S. mail without encls.)