UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VERONICA ROBLEDO and KARIN WIDMANN,
Each Individually And On Behalf Of
All Other Persons Similarly Situated,

                       *Plaintiffs*,

v.

No. 9 PARFUME LEASEHOLD,
LAURICE & CO. UPTOWN, INC.,
LAURICE WASHINGTON LTD.,
LAURICE & BLEECKER CORP.,
LAURICE SOUTHAMPTON, INC.,
LAURICE MADISON LTD., and
LAURICE RAHME, Individually,

                       *Defendants*.
------------------------------------------------------------X

**ELECTRONICALLY FILED**
**(ECF CASE)**

Case No. 12 CV 3579 (ALC)(DCF)

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-10-14

    IT IS HEREBY STIPULATED and agreed by and between the undersigned attorneys for the parties pursuant to Fed. R. Civ. P. 41(a) that the above-captioned action and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Dated: New York, New York
        March 19, 2014

BOND SCHOENECK & KING

By: _____
Dennis A. Lalli (DL-0575)
dlalli@bsk.com
330 Madison Avenue, 39th Floor
New York, New York 10017-5001
Telephone: (646) 253-2312
Facsimile: (646) 253-2379
Attorneys for Defendants

THE HARMAN FIRM, PC

By: _____
Walker J. Harman, Jr. (WH-8044)
wharman@theharmanfirm.com
1776 Broadway, Suite 2030
New York, New York 10019
Telephone: (212) 425-2600
Facsimile: (212) 202-3926
Attorneys for Plaintiffs

SO ORDERED

_____
Hon. Andrew L. Carter, Jr., U.S.D.J.

4-10-14

1225684.3